FILED
CLERK, U.S. DISTRICT COURT
02/16/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 29

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIM ALDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YUM! Brands, Inc.; TACO BELL CORP.; YUM! BRANDS, INC. 401(k) PLAN; YUM! BRANDS, INC. RETIREMENT PLAN; YUM! BRANDS, INC. PENSION EQUALIZATION PLAN; the YUM! BRANDS, INC. INVESTMENT COMMITTEE and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 8:21-cv-01191-PSG-DFM<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE MOTION FOR ATTORNEY FEES AND APPLICATION TO TAX COSTS<br><br>Complaint Filed:  July 9, 2021<br>First Amended Complaint Filed: September 16, 2021<br>Second Amended Complaint Filed: September 28, 2021<br>Trial Date:　　　N/A |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE MOTION FOR ATTORNEYS' FEES & APPLICATION TO TAX COSTS; CASE NO. 8:21-CV-01191-PSG-DFM

BEFORE THE COURT is the parties' Stipulation to Extend Time for Defendants to File Motion for Attorneys' Fees and Application to Tax Costs (the "Stipulation") by seventeen (17) days from February 15, 2022, to March 4, 2022.

Good cause appearing therefore, the stipulation is hereby GRANTED.

**IT IS SO ORDERED**

Dated: 02/16/22

Hon. Philip S. Gutierrez
United States District Court Judge